## PIERRE GOUIN
### v.
## IGNACE MORAS

### 1811

#### Journal Entries

1. Discontinuance . . . . . . . . . . *Journal, infra,* *p. 355

#### Papers in S. C. File

1. Copy of district court record . . . . . . . . . . .
2. Summons and return . . . . . . . . . . .

#### Papers in D. C. File

1. Capias and return . . . . . . . . . . .
2. Declaration . . . . . . . . . . . .